IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JOHNSTONE KARIUKI,

    Plaintiff,

v.                                  No. 2:17-cv-00971 KG/GJF

PATTERSON-UTI DRILLING CO.,

    Defendant.

## ORDER GRANTING STIPULATED MOTION TO DISMISS

THIS MATTER having come before the Court upon Stipulated Motion to Dismiss filed by the Parties, and the court having read the pleadings and being fully advised in the premises, FINDS that the Motion is well taken and should be granted.

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that the Parties' Stipulated Motion to Dismiss is hereby granted and the causes of action in Plaintiff's Complaint against the Defendant are hereby dismissed with prejudice, and each party to bear their own attorneys' fees and costs.

_____
UNITED STATES DISTRICT JUDGE

SUBMITTED BY:

GUEBERT BRUCKNER GENTILE P.C.

By  */s/ Robert F. Gentile*
    Terry R. Guebert
    Robert F. Gentile
    Alexander J. Ospino
    P.O. Box 93880
    Albuquerque, NM 87199-3880
    (505) 823-2300
    tguebert@guebertlaw.com
    rgentile@guebertlaw.com
    aospino@guebertlaw.com
    *Attorneys for Defendant*

SANDERS, BRUIN, COLL & WORLEY. P.A.

By  *Approved Electronically on May 7, 2018*
    Clayton S. Hightower
    John S. Hightower
    P.O. Box 550
    Roswell, NM 88202
    (575) 622-5440
    csh@sbcw.com
    jshightower@sbcw-law.com
    *Attorneys for Plaintiff*